UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-01765-RT (KK) | Date | February 25, 2015 |
|---|---|---|---|
| Title | OBINNA N. CHUKWU V. ALCORN, ET AL. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Present                                          None Present

**Proceedings:**  (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute and Comply With Court Orders

Plaintiff Obinna N. Chukwu, proceeding *in forma pauperis* and *pro se*, has filed a civil rights action under 42 U.S.C. § 1983.  ECF Docket No. ("Dkt.") 1.  On May 19, 2014, the Court issued an order permitting service of the First Amended Complaint.  Dkt. 8.

On June 24, 2014, Plaintiff filed a Notice of Change of Address informing the Court he was now housed at Atascadero State Prison.  Dkt. 12.

The Complaint was subsequently served and defendants filed their answer to the amended complaint on October 8, 2014.  Dkt. 30.

On October 14, 2014, the Court issued its Case Management and Scheduling Order setting various dates for discovery, motions, and the filing of status reports.  Dkt. 33.

On January 23, 2015, defendants filed a Motion to Take the Deposition of Plaintiff who was, at the time, incarcerated.  Dkt. 48.  On January 26, 2015, the Court granted defendants' motion.  Dkt. 50.

On February 24, 2015, defendants filed a status report in which they reported they have been unable to contact Plaintiff since was discharged from the California Department of Corrections and Rehabilitation on or about January 27, 2015.  Dkt. 52.  Defendants further reported mail directed to Plaintiff at Atascadero State Prison has been returned to them as undeliverable.  Id.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-01765-RT (KK) | Date | February 25, 2015 |
|---|---|---|---|
| Title | OBINNA N. CHUKWU V. ALCORN, ET AL. | | |

    As Plaintiff appears to have failed to notify the Court of his apparent change of address and is therefore unreachable, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with court orders and/or failure to prosecute. Plaintiff shall have up to and including **March 11, 2015** to respond to this Order. Plaintiff is cautioned that his failure to timely file a response to this Order will be deemed by the Court as consent to the dismissal of this action.