JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBINNA N. CHUKWU, | Case No. CV 14-1765-RT (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALCORN, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action For Failure to Prosecute,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 7, 2015

ROBERT J. TIMLIN
_____
HONORABLE ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE